IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID A. NESBITT,
    Plaintiff,

vs.                                    Case No.: 5:05cv251/RS/EMT

DENNIS LEE, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1). On June 28, 2007, this court entered an order directing Plaintiff to file a response to Defendants' motion to dismiss within twenty days (Doc. 25). Plaintiff failed to file a response to the motion; therefore, on August 27, 2007, the court issued an order requiring Plaintiff to notify the court within twenty (20) days of his continued interest in this case (Doc. 28). The time for compliance with that order has now elapsed with no response from Plaintiff.

    Accordingly, it is respectfully **RECOMMENDED**:

    That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

    At Pensacola, Florida, this 19th day of September 2007.

                                      /s/ *Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**