IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID ALLEN NESBITT,

    Plaintiff,

vs.                                           CASE NO. 5:05cv251/RS-EMT

DENNIS LEE, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 29). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice because of Plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the file.

ORDERED on October 18, 2007.

                                                      /S/ Richard Smoak
                                                      **RICHARD SMOAK**
                                                      **UNITED STATES DISTRICT JUDGE**